ACCEPTED
12-14-00244-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/6/2015 11:27:43 AM
CATHY LUSK
CLERK

Case No. 12-14-00244-CV

IN THE COURT OF APPEALS

TWELFTH COURT OF APPEALS DISTRICT

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/6/2015 11:27:43 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE | § | APPEAL FROM THE |
| OF THELMA PAULINE TAYLOR | § | COUNTY COURT |
| ERWIN, DECEASED | § | HENDERON COUNTY, TEXAS |

RESPONSE TO MOTION FOR REHEARING

TO THE HONORABLE JUDGE OF SAID 12TH COURT OF CIVIL APPEALS:

Now comes Gerald Taylor, Independent Executor of the Estate of Thelma Pauline Taylor Erwin, Appellee and for response to Motion for Rehearing as filed by Appellant Patricia Branson would show the Court as follows:

I.

The controversy is only as to the appointment of the Executor named in the written will. The trial court appointed the named executor (CR page 31, Order Probating Will and Authorizing Letters of Testamentary; CR page 13, Last Will and Testament of Thelma Pauline Taylor); and (CR, page 19, Response of Patricia Branson to Application to Probate Will and Issuance of Letters Testamentary). There was no contest of the Will itself, but contest of the suitability of the named executor (CR page 19). Evidence was presented only after granting continuance sought by Appellant (CR page 22, First Motion For Continuance and CR page 24, Order on First Motion For Continuance). The Trial Courts Findings of Fact and Conclusions of Law (CR page 37) clearly support the trial court's order appointing the named executor (CR Page 31). It appears that no Reporters Record has been filed with this Court. A reporter was present at hearing (see affidavit attached), yet no reporter's record has been filed.

1

There appears to be no substance to the appeal from the Appellant's Motion for Rehearing (as filed December 28, 2014), the absence of a Reporter's Record or any other document to support relief from the Court.

## II.

The Appellant failed to file proper notice of appeal until December 18, 2014, fifteen days following the court's dismissal of this cause for failure to do so. On October 13, 2014, the Clerk had sent notice to Appellant of the deficient notice of appeal and requiring an amendment on or before November 12, 2014.

Appellant has not filed a brief despite the requirement of the rules and warnings and reminders by the Clerk of the Court. On November 19, 2014 the clerk wrote the Appellant advising that Appellants brief was overdue and a proper motion for extension of time had not been filed. Apparently, motion for extension of time for brief was immediately filed and the clerk by letter notified Appellant that the motion for extension of time to file brief was denied. Apparently, a proper motion was never filed.

No brief has yet been filed. There has been no proper explanation for this delay. Computer failure cannot explain/excuse a failure to follow up or check on the status of a requested extension for the long period of time involved. It would be reasonable to file the brief within the time extension requested and when in default to check on the status of required filings rather than wait in uncertainty on a ruling.

WHEREFORE, Appellee moves the Court for an Order denying Appellant's Motion for Rehearing of the dismissal of this appeal and for such other and further relief to which Appellee is just entitled.

Respectfully submitted,

STARK & GROOM, LLP
110 E. Corsicana
Athens, Texas 75751
Telephone: (903) 675-5691
Facsimile: (903) 675-6454
E-mail: stevestark@starkandgroom.com

_____
Steve Stark
Attorney for Applicant
State Bar No.: 19066000

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Response to Motion for Rehearing has been served upon all parties of record on this the ___ day of _____, 2015.

Lawrence L. Beason
416 N. Pacific St.
Mineola, Texas 75773

Via Fax: 903-569-9674

Steve Stark

## AFFIDAVIT OF STEVE STARK

THE STATE OF TEXAS                    §

COUNTY OF HENDERSON                    §

STEVE STARK, being known to me and being personally sworn upon his oath and personal knowledge stated:

1. That my name is Steve Stark and I represent Appellee in the above referenced cause.
2. I represented Appellee before the Trial Court.
3. At the hearing, the Trial Court on Appellee's application for probate of will and appointment of executor, a court reporter was present and recorded the proceedings.
4. At the hearing, on Appellee's application for probate of will and appointment of executor, substantial evidence was presented which support the trial court's findings of fact and the Proof of Death and Other Facts as filed (CR page 33).

Steve Stark

STATE OF TEXAS                    §
COUNTY OF HENDERSON                    §

Sworn to and subscribed to before me on __April 6__, 2015 by Steve Stark.

MARY A. SHYROCK
Notary Public
State of Texas
My Comm. Expires 03-30-2018

Notary Public

4